| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | FILED CLERK, U.S. DISTRICT COURT 11/17/2021 CENTRAL DISTRICT OF CALIFORNIA BY: JB DEPUTY | DOCKET NUMBER *(Tran. Court)* 1:18-CR-00011-003-TMB |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:21-cr-00532 -DSF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jennifer Michelle Greenberg | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| | NAME OF SENTENCING JUDGE Timothy M. Burgess | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 27, 2021 — TO June 26, 2026 |

**OFFENSE**
Drug Conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (B), & (C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/16/21
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/17/21
Effective Date

*[signature]*
United States District Judge